| | |
|---|---|
| Scott H. Angstreich* | Marc R. Lewis (CA SBN 233306) |
| Brendan J. Crimmins* | LEWIS & LLEWELLYN LLP |
| Rachel Proctor May* | 505 Montgomery Street, Suite 1300 |
| KELLOGG, HANSEN, TODD, FIGEL, & FREDERICK, P.L.L.C. | San Francisco, CA 94111 |
| 1615 M Street NW, Suite 400 | (415) 800-0591 |
| Washington, DC 20036 | mlewis@lewisllewellyn.com |
| (202) 326-7900 | |
| sangstreich@kellogghansen.com | *Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association* |
| bcrimmins@kellogghansen.com | |
| rmay@kellogghansen.com | |

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Adam J. Tuetken*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
adam.tuetken@lw.com

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff American Cable Association*

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

*\*Pro hac vice motion to be filed*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. _____<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Rule 123(a), Plaintiffs provide this notice of the complaint and motion for preliminary injunction filed by the United States in *United States v. California*, No. 2:18-cv-2660-JAM-DB on September 30, 2018, and request that the Judge assigned to hear *United States v. California* also be assigned to hear this case.  The cases are related under Local Rule 123(a) because both actions involve the same legal question:  whether the provisions of California law enacted through SB 822 are preempted by federal law.  Specifically, both the United States in *United States v. California* and Plaintiffs in this case argue that the Communications Act and the Federal Communications Commission's 2018 *Restoring Internet Freedom* Order preempt SB 822.  Accordingly, assignment to the same Judge is likely to effect a substantial savings of judicial effort because the same result should follow in both actions and because it would entail substantial duplication of labor if the actions were heard by different Judges.

Notice of Related Cases

Dated: October 3, 2018

Scott H. Angstreich*
Brendan J. Crimmins*
Rachel Proctor May*
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
bcrimmins@kellogghansen.com
rmay@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff American Cable Association*

Respectfully submitted,

*/s/  Marc R. Lewis*
Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Adam J. Tuetken*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
adam.tuetken@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

*Pro hac vice* motion to be filed

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 3, 2018, I electronically submitted the attached document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF) and will include this notice with the Summons and Complaint to be served on Defendant in this case.

/s/ *Marc R. Lewis*
Marc R. Lewis (CA SBN 233306)