Scott H. Angstreich*
Brendan J. Crimmins*
Rachel Proctor May*
KELLOGG, HANSEN, TODD, FIGEL, &
FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
(202) 326-7900
sangstreich@kellogghansen.com
bcrimmins@kellogghansen.com
rmay@kellogghansen.com

*Attorneys for Plaintiffs CTIA – The Wireless Association and USTelecom – The Broadband Association*

Jeffrey A. Lamken*
MOLOLAMKEN LLP
The Watergate, Suite 600
600 New Hampshire Ave., NW
Washington, DC 20037
(202) 556-2000
jlamken@mololamken.com

*Attorney for Plaintiff American Cable Association*

Marc R. Lewis (CA SBN 233306)
LEWIS & LLEWELLYN LLP
505 Montgomery Street, Suite 1300
San Francisco, CA 94111
(415) 800-0591
mlewis@lewisllewellyn.com

*Attorney for Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet & Television Association, and USTelecom – The Broadband Association*

Matthew A. Brill*
Matthew T. Murchison*
Adam J. Tuetken*
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
matthew.brill@lw.com
matthew.murchison@lw.com
adam.tuetken@lw.com

*Attorneys for Plaintiff NCTA – The Internet & Television Association*

*Pro hac vice* motion to be filed

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CABLE ASSOCIATION, CTIA – THE WIRELESS ASSOCIATION, NCTA – THE INTERNET & TELEVISION ASSOCIATION, and USTELECOM – THE BROADBAND ASSOCIATION, on behalf of their members,<br><br>Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No. _____<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: _____<br>Time: _____<br>Courtroom: _____<br>Judge: _____ |

1  PLEASE TAKE NOTICE that on Wednesday, November 14, 2018 at 10:00 AM or as
2  soon as shall be heard thereafter in Courtroom ____ of the United States District Court, Eastern
3  District, Robert T. Matsui Federal Courthouse, at 501 I Street, Sacramento, California 95814,
4  Plaintiffs American Cable Association, CTIA – The Wireless Association, NCTA – The Internet
5  & Television Association, and USTelecom – The Broadband Association ("Plaintiffs") will
6  move for an order preliminarily enjoining XAVIER BECERRA ("Defendant"), in his official
7  capacity as Attorney General of California, from enforcing SB 822.  Specifically, Plaintiffs ask
8  the Court to enjoin Defendant from enforcement of:
9     a.  California Civil Code §§ 3100 – 3104 or, in the alternative,
10    b.  California Civil Code §§ 3101(a)(3), (5), (6), and (9).
11   Furthermore, pursuant to the Notice of Related Cases filed concurrently with this
12 motion, Plaintiffs request that this hearing be coordinated with the United States Department of
13 Justice's hearing on November 14, 2018, in the case entitled *United States v. California*, No.
14 2:18-cv-2660-JAM-DB, which involves the same or nearly identical issues presented in this
15 matter.
16   Plaintiffs base their motion on this notice, the accompanying memorandum of points and
17 authorities, the accompanying declarations of Ken Klaer and Joe Ruszkiewicz, the pleadings
18 and papers on file in this action, any matters that may be subject to judicial notice, and such
19 argument as may be heard on this motion by the Court.

1  Dated: October 3, 2018

2

3  Scott H. Angstreich*  /s/     Marc R. Lewis
   Marc R. Lewis (CA SBN 233306)
4  Brendan J. Crimmins*  LEWIS & LLEWELLYN LLP
   Rachel Proctor May*  505 Montgomery Street, Suite 1300
5  KELLOGG, HANSEN, TODD,  San Francisco, CA 94111
     FIGEL & FREDERICK, P.L.L.C.  (415) 800-0591
6  1615 M Street NW, Suite 400  mlewis@lewisllewellyn.com
   Washington, DC 20036
7  (202) 326-7900  *Attorney for Plaintiffs American Cable
   sangstreich@kellogghansen.com  Association, CTIA – The Wireless
   bcrimmins@kellogghansen.com  Association, NCTA – The Internet &
8  rmay@kellogghansen.com  Television Association, and USTelecom –
   The Broadband Association*
9  *Attorneys for Plaintiffs CTIA – The Wireless
   Association and USTelecom – The
10 Broadband Association*  Matthew A. Brill*
   Matthew T. Murchison*
11 Adam J. Tuetken*
   Jeffrey A. Lamken*  LATHAM & WATKINS LLP
12 MOLOLAMKEN LLP  555 Eleventh Street NW, Suite 1000
   The Watergate, Suite 600  Washington, DC 20004
13 600 New Hampshire Ave., NW  (202) 637-2200
   Washington, DC 20037  matthew.brill@lw.com
14 (202) 556-2000  matthew.murchison@lw.com
   jlamken@mololamken.com  adam.tuetken@lw.com
15
   *Attorney for Plaintiff American Cable*  *Attorneys for Plaintiff NCTA – The Internet
16 *Association*  *& Television Association*

17

18 *Pro hac vice* motion to be filed

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 3, 2018, I electronically submitted the attached document to the Clerk's Office using the U.S. District Court for the Eastern District of California's Electronic Document Filing System (ECF) and will include this motion with the Summons and Complaint to be served on Defendant in this case.

/s/     *Marc R. Lewis*
Marc R. Lewis (CA SBN 233306)